UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

San Francisco Division

| | |
|---|---|
| GARY ERIC BOLTON,<br>    Plaintiff,<br>  v.<br>MICHAEL J. COSGROVE, et al.,<br>    Defendants. | Case No. 16-cv-00499-LB<br><br>**ORDER OF DISMISSAL**<br>[Re: ECF No. 13] |

  Gary Eric Bolton filed this *pro se* prisoner's civil rights action under 42 U.S.C. § 1983 complaining about conditions at Napa State Hospital, where he formerly was housed as a pretrial detainee pending restoration of his competency to stand trial. The court dismissed the complaint with leave to amend. (ECF No. 11.[1]) Mr. Bolton's amended complaint is now before the court for review under 28 U.S.C. § 1915A.

  The amended complaint does not cure the deficiencies identified in the order of dismissal with leave to amend. The amended complaint fails to state a claim that he is being involuntarily medicated, and repeats allegations of verbal harassment and things that *almost* happened to him that the court has determined are not actionable under 42 U.S.C. § 1983. The amended complaint

---

[1] Record citations refer to material in the Electronic Case File ("ECF"); pinpoint citations are to the ECF-generated page numbers at the top of documents.

also repeats allegations (e.g., that Mr. Bolton's blood was taken and sent to Arizona as well as that he was made an organ donor) that the court determined in other actions were somewhere on the spectrum between implausible and delusional, and failed to state a claim upon which relief may be granted. (*See* ECF No. 8 in *Bolton v. Miller*, No. 15-cv-3505 LB, and Order at ECF No. 10 in *Bolton v. Wieder*, No. 16-1250 LB.) Further leave to amend will not be granted because it would be futile: the court has explained what Mr. Bolton needed to do to allege a claim and he was unable to do so.

For the foregoing reasons, this action is dismissed for failure to state a claim upon which relief may be granted. The clerk shall close the file.

**IT IS SO ORDERED.**

Dated: August 5, 2016

_____
LAUREL BEELER
United States Magistrate Judge

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

GARY ERIC BOLTON,

    Plaintiff,

v.

MICHAEL J. COSGROVE, et al.,

    Defendants.

Case No. 16-cv-00499-LB

**CERTIFICATE OF SERVICE**

I, the undersigned, hereby certify that I am an employee in the Office of the Clerk, U.S. District Court, Northern District of California.

That on August 5, 2016, I SERVED a true and correct copy(ies) of the attached, by placing said copy(ies) in a postage paid envelope addressed to the person(s) hereinafter listed, by depositing said envelope in the U.S. Mail, or by placing said copy(ies) into an inter-office delivery receptacle located in the Clerk's office.

Gary Eric Bolton ID: NA-212065-7
2100 Napa Vallejo Hwy
Napa, CA 94558

Dated: August 5, 2016

Susan Y. Soong
Clerk, United States District Court

By:_____
Nikki D. Riley, Deputy Clerk to the
Honorable LAUREL BEELER

3