UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

San Francisco Division

| | |
|---|---|
| GARY ERIC BOLTON,<br><br>    Plaintiff,<br><br>    v.<br><br>MICHAEL J. COSGROVE, et al.,<br><br>    Defendants. | Case No. 16-cv-00499-LB<br><br>**JUDGMENT** |

This action is dismissed for failure to state a claim upon which relief may be granted.

**IT IS SO ORDERED AND ADJUDGED.**

Dated: August 5, 2016

_____
LAUREL BEELER
United States Magistrate Judge

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| GARY ERIC BOLTON,<br><br>  Plaintiff,<br><br>v.<br><br>MICHAEL J. COSGROVE, et al.,<br><br>  Defendants. | Case No. 16-cv-00499-LB<br><br>**CERTIFICATE OF SERVICE** |

I, the undersigned, hereby certify that I am an employee in the Office of the Clerk, U.S. District Court, Northern District of California.

That on August 5, 2016, I SERVED a true and correct copy(ies) of the attached, by placing said copy(ies) in a postage paid envelope addressed to the person(s) hereinafter listed, by depositing said envelope in the U.S. Mail, or by placing said copy(ies) into an inter-office delivery receptacle located in the Clerk's office.

Gary Eric Bolton ID: NA-212065-7
2100 Napa Vallejo Hwy
Napa, CA 94558

Dated: August 5, 2016

Susan Y. Soong
Clerk, United States District Court

By:_____
Nikki D. Riley, Deputy Clerk to the
Honorable LAUREL BEELER

2